IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>      Plaintiffs,<br><br>   v.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-1080-MN<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION DISMISSING TEVA PHARMACEUTICAL INDUSTRIES LTD.**

     Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Ltd., (collectively, "Plaintiffs") and Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") hereby stipulate, subject to approval of the Court, to dismiss the Complaint filed by Plaintiffs against Teva Ltd. in this action. This action will continue against Teva USA. It is further stipulated that this dismissal is without prejudice and is subject to the following conditions:

     1.     Teva USA agrees that personal jurisdiction and venue are proper as to Teva USA in this Court, for purposes of this action only.

     2.     Teva Ltd. agrees to be bound by any judgment, order, injunction, or decision rendered as to Teva USA in this action, or any appeal thereof, as if it were a named defendant.

3. Teva Ltd. agrees that it will not contest personal jurisdiction or venue in this Court, and the Court retains jurisdiction over Teva Ltd., for purposes of enforcing any such judgment, order, injunction, or decision, including the terms of this stipulation, against it in this action.

4. Teva Ltd. and Teva USA stipulate that Teva Ltd.'s documents, things, witnesses, and information are in Teva USA's possession, custody or control for purposes of discovery, including requests for admission, and trial in this lawsuit, and that Teva USA will produce such discovery in response to discovery requests served in the action as if it was its own, subject to paragraph 5. Teva USA and Teva Ltd. agree that any discovery requests directed to Teva USA will be understood and interpreted as seeking discovery from both Teva USA and Teva Ltd. Teva USA will respond to discovery requests served on it by searching for and providing discovery of documents, things, witnesses, or information in the possession, custody, or control of Teva USA and Teva Ltd., including requests for Rule 30(b)(6) deposition testimony. Further, Teva USA will certify interrogatory responses containing Teva USA information and Teva Ltd. information.

5. Plaintiffs may seek to depose employees of Teva Ltd. by serving deposition notices on Teva USA, and Teva USA agrees to accept service of such deposition notices. Any such noticed employees of Teva Ltd. will appear for deposition and will testify and submit to the jurisdiction of this Court to resolve any discovery disputes associated with any such deposition without the need for (a) service of subpoenas or (b) adherence to the procedures of the Hague Convention or other methods of foreign service, if located outside the United States. Teva USA will also accept Rule 30(b)(6) deposition notices containing topics directed to information that may be held by Teva Ltd., and the witness presented in response shall investigate information in the possession, custody, or control of Teva Ltd. Any such 30(b)(6) deposition notices and any depositions pursuant to any such notices shall otherwise be conducted pursuant to Rule 30(b)(6), including objections,

privilege assertions or other grounds to oppose such depositions pursuant to the Federal Rules of Civil Procedure or rules or orders of this Court. Further, any production of Teva Ltd.'s documents, including if necessary, document inspection, will occur in the United States, and the depositions of any employees of Teva Ltd. will be held in a mutually agreed upon location or remotely through a mutually agreed digital platform.

6. None of the foregoing shall be interpreted to limit Plaintiffs' rights of discovery of Teva USA or Teva Ltd. or to limit Teva USA's right to discovery from Plaintiffs.

7. Teva USA and Teva Ltd. further agree to be bound by resolution of discovery matters in this action.

8. Teva USA will not assert the non-joinder of Teva Ltd. to this action as a defense or objection to liability.

9. The case caption should be amended to read as follows: "Azurity Pharmaceuticals, Inc., et. al. v. Teva Pharmaceuticals USA, Inc., Civil Action 23-1080-MN."

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | SHAW KELLER LLP |
| /s/ Alexandra M. Joyce | /s/ Karen E. Keller |
| Daniel M. Silver (No. 4758) | John W. Shaw (No. 3362) |
| Alexandra M. Joyce (No. 6423) | Karen E. Keller (No. 4489) |
| Renaissance Centre | Nathan R. Hoeschen (No. 6232) |
| 405 N. King Street, 8th Floor | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 984-6300 | Wilmington, DE 19801 |
| dsilver@mccarter.com | (302) 298-0700 |
| ajoyce@mccarter.com | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| *Attorneys for Plaintiffs* | nhoeschen@shawkeller.com |
| | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* |

Dated: November 3, 2023

SO ORDERED this \_\_\_\_ day of _____, 2023.

_____
United States District Court Judge