# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 23-1080-MN |

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Arbor Pharmaceuticals, LLC, Azurity Pharmaceuticals, Inc., and Takeda Pharmaceutical Company Limited (together, "Plaintiffs"), and Defendant Teva Pharmaceuticals, Inc. ("Teva"), hereby stipulate that all claims, counterclaims, and defenses between Plaintiffs and Teva in the above-captioned action are hereby dismissed in their entirety without prejudice.  Plaintiffs and Teva shall bear their own attorney fees and costs.

Dated: May 13, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | SHAW KELLER LLP |
| */s/ Daniel M. Silver* | */s/ Nathan R. Hoeschen* |
| Daniel M. Silver (#4758)<br>Maliheh Zare (#7133)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6331<br>dsilver@mccarter.com<br>mzare@mccarter.com | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com |

ME1 48445438v.1

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Bruce M. Wexler | Scott J. Bornstein |
| Chad J. Peterman | Richard C. Pettus |
| Christopher P. Hill | Jonathan D. Ball |
| Michael F. Werno | Elana B. Araj |
| Sarah E. Spencer | Kati Albanese |
| PAUL HASTINGS LLP | Danielle Zapata |
| 200 Park Avenue | GREENBERG TRAURIG, LLP |
| New York, NY 10166 | One Vanderbilt Avenue |
| (212) 318-6000 | New York, NY 10017 |
| brucewexler@paulhastings.com | (212) 801-9200 |
| chadpeterman@paulhastings.com | |
| christopherhill@paulhastings.com | *Attorneys for Defendant Teva* |
| michaelwerno@paulhastings.com | *Pharmaceuticals, Inc.* |
| sarahspencer@paulhastings.com | |

*Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc. and Arbor Pharmaceuticals, LLC*

William F. Cavanaugh, Jr.
Zhiqiang Liu
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
wfcavanaugh@pbwt.com
zliu@pbwt.com

*Attorneys for Plaintiff Takeda Pharmaceutical Company Limited*

      IT IS SO ORDERED this _____ day of _____, 2024.

 

                                              _____
                                              United States District Judge