IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 23-1080-MN |

## STIPULATION OF DISMISSAL AND ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Arbor Pharmaceuticals, LLC, Azurity Pharmaceuticals, Inc., and Takeda Pharmaceutical Company Limited (together, "Plaintiffs"), and Defendant Teva Pharmaceuticals, Inc. ("Teva"), hereby stipulate that all claims, counterclaims, and defenses between Plaintiffs and Teva in the above-captioned action are hereby dismissed in their entirety without prejudice. Plaintiffs and Teva shall bear their own attorney fees and costs.

Dated: May 13, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | SHAW KELLER LLP |
| */s/ Daniel M. Silver* | */s/ Nathan R. Hoeschen* |
| Daniel M. Silver (#4758)<br>Maliheh Zare (#7133)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6331<br>dsilver@mccarter.com<br>mzare@mccarter.com | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com |

<table>
</table>

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Bruce M. Wexler<br>Chad J. Peterman<br>Christopher P. Hill<br>Michael F. Werno<br>Sarah E. Spencer<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br>brucewexler@paulhastings.com<br>chadpeterman@paulhastings.com<br>christopherhill@paulhastings.com<br>michaelwerno@paulhastings.com<br>sarahspencer@paulhastings.com<br><br>*Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc. and Arbor Pharmaceuticals, LLC*<br><br>William F. Cavanaugh, Jr.<br>Zhiqiang Liu<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2000<br>wfcavanaugh@pbwt.com<br>zliu@pbwt.com<br><br>*Attorneys for Plaintiff Takeda Pharmaceutical Company Limited* | Scott J. Bornstein<br>Richard C. Pettus<br>Jonathan D. Ball<br>Elana B. Araj<br>Kati Albanese<br>Danielle Zapata<br>GREENBERG TRAURIG, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>(212) 801-9200<br><br>*Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

IT IS SO ORDERED this 14th day of May 2024.

*[signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Judge